IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUAN SAMANO REYES, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-2312-DAE |
| | § | |
| MULLIN, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |
| | § | |

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Petitioner Juan Samano Reyes's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Federal Respondents' Response (Dkt. # 4). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **within fourteen (14) days of receipt of this Order**, Petitioner shall file supplemental briefing with answers to the following questions:

1. Federal Respondents indicate Petitioner has a criminal history. Please provide further details for the Court on the circumstances surrounding any criminal history Petitioner may have including whether Petitioner has ever been convicted or pled guilty to any criminal offense. Please include charges, dates, dispositions, or outcomes.

2. Is this Petitioner's only criminal history? If there is additional criminal history, please describe and indicate whether any criminal charges currently remain pending.

3. Please describe further what connections has Petitioner established with the United States, if any, and the ways in which Petitioner has engaged with his community here. Petitioner need not provide any identifying details, such as the names or addresses of residences or places of employment, but may instead write generally about his connections to his community.

4. To the best of Petitioner's knowledge, when and how did Petitioner first enter the United States?

5. Has Petitioner remained continuously in the United States since he first entered? If not, when was his most recent entry to the United States?

6. Does Petitioner have family in the United States? Does Petitioner have any United States Citizen or lawful permanent resident family members?

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, September 11, 2026.

David Alan Ezra
Senior United States District Judge